# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        No. 2:21-cr-0004-JM-01

RAUL VAZQUEZ                                                                           DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Indictment as to Defendant Raul Vazquez. Good cause having been shown, the motion is GRANTED. (Doc. No. 4). The Indictment is hereby dismissed without prejudice and the warrant is recalled.

IT IS SO ORDERED this 12th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE